IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| ALBERTO RENE PACHECO, | § |
| Petitioner, | § |
| v. | §    2:06-CV-0143 |
| NATHANIEL QUARTERMAN, Director, Texas Department of Criminal Justice, Institutional Division, | § |
| Respondent. | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Came for consideration the Petition for a Writ of Habeas Corpus by a Person in State Custody filed by petitioner. On August 7, 2006, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's application for a writ of habeas corpus be dismissed as time barred. Petitioner filed a Response on August 21, 2006 and stated he has no objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this _23rd_ day of _August_ 2006.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE